**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ROSS AND LAURA OLDENKAMP, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 07-CV-601-TCK-PJC |
| | ) |
| UNITED AMERICAN INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## OPINION AND ORDER

Before the Court is United American Insurance Company's Second Motion to Compel Photographs. [Dkt. # 69]. The motion is **DENIED**.

This matter was the subject of discussion at a hearing held Nov. 25, 2008. At that time the parties agreed – with the Court's assistance – to a procedure that would allow Defendant to review photographs of the minor child whose medical procedure is at issue in this lawsuit. Defense counsel assured that he only needed a representative sampling – perhaps two dozen – of photographs of this child. Defense counsel was to be given an opportunity to review and select representative photos. Defendant now seeks an electronic copy of all photographs that were produced on a flash drive.[1]

Plaintiff has offered Defendant photos as per the agreement at the Nov. 25 hearing. Defendant may select approximately two dozen photographs from those produced. Accordingly, Defendant's motion to copy all photos on the flash drive is **DENIED**.

---

[1] Defendant does not seek certain photographs of the minor child in a bath.

DATED this 5th day of January 2009.

_____
Paul J. Cleary
United States Magistrate Judge